

OVED & OVED LLP
ATTORNEYS

February 7, 2017

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                Re:    *Galindo v. BLL Restaurant Corp., et al.*
                        Case No. 1:15-cv-05885-PKC

Dear Judge Castel:

      This law firm represents Defendants in connection with the above-referenced matter, and writes to advise the Court of the circumstances surrounding Plaintiff's recent motions, and to request that Plaintiffs' motion for a default judgment be deemed withdrawn and that Defendants be afforded to until March 15, 2017 to answer or otherwise move in response to Plaintiff's complaint. We have conferred with Plaintiff's counsel, who consents to this request.

      As Plaintiff's counsel is aware, this law firm was retained to represent the Defendants back in September 2015, around the time that this action was commenced. Upon being retained, we immediately reached out to Plaintiff's counsel to discuss the timing for Defendants to answer or otherwise move in response to Plaintiff's Summons and Complaint. During that discussion, Plaintiff's counsel confirmed that the Summons and Complaint had not been served on Defendants and, thus, Defendants' time to respond had not yet begun to run. In lieu setting a time for Defendants' to respond to this action, Plaintiff's counsel suggested instead that he simply get back to us with a proposal to resolve this matter. We agreed and, following that call, I sent Plaintiff's counsel a confirmatory email on September 22, 2015, a copy of which is attached hereto.

      Subsequently, after receiving no response, I emailed Plaintiff's counsel on October 1, 2015 for a status update. However, we received no response. Moreover, in contravention of Federal Rule 4(m), Plaintiff's failed to serve the Complaint on the individual defendants within 90 days after the Complaint was filed.[1] Accordingly, by all accounts, Plaintiff appeared to have abandoned this case.

      Today, while conducting a routine review of the docket, we discovered that after over a year of inactivity, Plaintiff's counsel, without notifying us, had recently filed two motions in this action. The first motion sought to extend Plaintiff's time to serve the Complaint on the individual defendants, which failed to set forth any excuse, much less demonstrate the requisite good cause, for failing to timely serve the Summons and Complaint. Yet, by not notifying this firm of its existence, Plaintiff

---

[1] Federal Rule 4(m) provides "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." (emphasis added).

THE OVED BUILDING
401 GREENWICH STREET
NEW YORK, NY 10013

T 212 226 2376
F 212 226 7555
OVEDLAW.COM

Honorable P. Kevin Castel
Page 2 of 2
February 7, 2017

was able to obtain such relief on default.  The second is a presently pending motion to hold *BLL Restaurant Corp.* ("BLL") in default.

      This morning, when we discovered these two motions, I immediately reached out to Plaintiff's counsel to obtain his agreement to withdraw the instant motion for a default judgment based on the facts set forth above.  Shortly after our discussion, Plaintiff's agreed to withdraw the motion and grant Defendants to until March 15, 2017 to respond to their complaint.  Accordingly, we ask that this request be So-ordered by the Court.

      We thank the Court for its attention to this matter.

                               Respectfully submitted,

                                     /S/
                              Andrew J. Urgenson

cc: All counsel (*via ecf*)

# Andrew J. Urgenson, Esq.

**From:** Andrew J. Urgenson, Esq. <andrew@ovedlaw.com>
**Sent:** Tuesday, September 22, 2015 11:34 AM
**To:** 'jmgurrieri@zellerlegal.com'
**Subject:** Galindo v. BLL

John:

As discussed, this firm has been retained to represent BLL in the above-referenced matter.
This email shall confirm that you have informed me that Plaintiff has yet to serve the complaint and therefore, our time to answer has not begun to run.
Looking forward to working this out with you as discussed.

Regards,

Andrew J. Urgenson, Esq. | **OVED & OVED LLP**
401 Greenwich Street | New York, NY 10013
v: 212.226.2376 x227 | f: 212.226.7555
andrew@ovedlaw.com | www.ovedlaw.com

ATTENTION: This e-mail, and any attachments to it, may contain PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the addressee. If you are not the intended recipient, or an agent or employee responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail, or the information contained therein, is strictly prohibited and you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 212.226.2376 and delete this e-mail from your computer.

DISCLAIMER: The transmission or receipt of this e-mail, and any attachments, in and of itself, does not, and is not intended to, create an attorney-client relationship with the Oved & Oved LLP or any of its attorneys. The sending of an e-mail to Oved & Oved LLP or any of its attorneys does not create an attorney-client relationship. In the event and to the extent that an addressee named herein is not an existing client of Oved & Oved LLP, please note that the contents of this e-mail and any attachments are not legal advice and should not be used as such.

NOTICE: If this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Oved & Oved LLP. Although Oved & Oved LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Oved & Oved LLP.

CIRCULAR 230 DISCLOSURE: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.